1702 KETCHAM vs. CIRCUIT JUDGE (Kent), 4 D. L. N., 764.

To compel respondent to dismiss a writ of garnishment, because no notice had been given to the principal defendant, under Rule 35, of the intention to issue the writ.

Denied November 17, 1897.

Held, that it was not the intent of the rule to compel the giving of notices in advance in any case, where, under the old rules of practice, it was not necessary to previously apprise the opposite party in advance of the proceedings about to be taken.

1703 PORTER (Probate Judge, Ingham) vs. EDWARDS (Supt. Asylum for Insane), 4 D. L. N., 706.

To compel respondent to admit to the Asylum at Kalamazoo, as a public charge, one who has been adjudicated an insane person, but who had not gained a settlement in Ingham County, and whose legal residence is unknown.

Denied October 25, 1897.

Held, that Act No. 135 Public Acts of 1885, as amended by Act No. 62, P. A. 1887, was repealed by Act No. 44, P. A. 1897, and the latter Act provides that the persons committed must be citizens of the State.